```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GUILHERME COELHO LOPES          :      CIVIL ACTION
                                :
         v.                     :
                                :
J.L. JAMISON, et al.            :      NO. 26-234
                                :
```

ORDER

AND NOW, this 20th day of January 2026, it is hereby ORDERED that petitioner Guilherme Coelho Lopes shall not be transferred out of the Eastern District of Pennsylvania pending further order of this court.

BY THE COURT:

/s/ Harvey Bartle III
                                                        J.